BRIGHTON MANUF'G CO. *v.* RELIANCE INS. CO.

(*Circuit Court, N. D. Illinois.* July 25, 1887.)

At Law. Suit to recover on a policy of insurance.

Action by the Brighton Manufacturing Company against the Reliance Insurance Company on a policy of insurance.

*E. W. Russell,* for plaintiff.

*Gary, Cody & Gary* and *Fred'k Ullman,* for defendant.

BLODGETT, J. The facts in this case are the same as in the preceding case; and the defenses set up that the risk was increased with the knowledge of the assured, of which no notice was given to the defendant; that the assured allowed the building to become vacant and unoccupied, without notice to the

defendant; and that, being a manufacturing establishment, it ceased to be operated without the consent of the defendant. I have already passed upon these defenses in the preceding case, and therefore the finding will be for the plaintiff.